UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD WHITE, | No. 2:14-cv-1291-EFB P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff, a county inmate without counsel, has filed a complaint alleging civil rights violations pursuant to 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1). He has not, however, submitted a certified trust account statement. On May 29, 2014, the court informed plaintiff that to proceed with this action he must either pay the required filing fee or file the required trust account statement. *See* 28 U.S.C. §§ 1914(a), 1915(a). Since then, plaintiff has submitted a trust account statement, but the statement is not certified by a prison official as required. *See* ECF No. 7.

Accordingly, IT IS HEREBY ORDERED that plaintiff has 30 days from the date this order is served to submit the required trust account statement or pay the filing fee. Failure to comply with this order may result in dismissal of this case.

DATED: July 2, 2014.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE