UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LLOYD WHITE,

    Plaintiff,

v.

SACRAMENTO COUNTY JAIL, et al.,

    Defendants.

No. 2:14-cv-1291-EFB P

ORDER

    Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

    On July 2, 2014, the court found that plaintiff did not submit a certified copy of his trust account statement with his application to proceed in forma pauperis. Accordingly, the court ordered plaintiff to file a completed in forma pauperis application together with the required certified copy of his prison trust account statement. The order gave plaintiff 30 days to file the required application and warned him that failure to do so may result in this action being dismissed.

    The 30-day period has now expired. Plaintiff has continued to file documents since the court's July 2, 2014, order, but has not filed a completed in forma pauperis affidavit or otherwise responded to the court's order.

1   Accordingly, this action is dismissed without prejudice.

2   Dated: August 7, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE